United States District Court
Southern District of Texas

**ENTERED**

November 17, 2021

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS EUGENE CADE, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:21-CV-750 |
| | § | |
| GULF CERES, INC., | § | |
| *Defendant.* | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 1, 2021 and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (ECF 18) is hereby **ADOPTED** by this Court and Plaintiffs' claims in case are dismissed in their entirety with prejudice.

**SIGNED** at Houston, Texas this ___*16th*___ day of November, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE